DANIEL G. BOGDEN
United States Attorney
JARED GRIMMER
Assistant United States Attorney
DISTRICT OF NEVADA
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Jared.L.Grimmer@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DUSTIN GRANT JONES,<br><br>                    Defendant. | 2:16-mj-00675-CWH<br><br>MOTION AND ORDER TO DISMISS COMPLAINT AS TO DEFENDANT DUSTIN GRANT JONES |

The United States of America by DANIEL G. BOGDEN, United States Attorney for the District of Nevada, and JARED GRIMMER, Assistant United States Attorney, request, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the Government to dismiss the charges brought against Defendant Dustin Grant Jones contained in the complaint in case number **2:16-mj-00675-CWH**. The Government filed said complaint in error not realizing that an identical complaint against the Defendant had already been opened and partially

 …..

…..

…..

…..

1

1   adjudicated before Magistrate Judge Nancy J. Koppe in case number 2:16-mj-00303-NJK.

2

3

4

5   DATED this 19th day of October, 2016.

6                                                          Respectfully submitted,

7                                                          DANIEL G. BOGDEN
                                                           United States Attorney
8

9                                                          /s/ Jared Grimmer
                                                           JARED GRIMMER
10                                                         Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**CERTIFICATE OF ELECTRONIC SERVICE**

I, William Foley, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: MOTION AND ORDER TO DISMISS COMPLAINT AS TO DEFENDANT DUSTIN GRANT JONES upon counsel for Defendant appearing in this matter via the CM/ECF system by electronically filing said document.

Dated:          October 19, 2016

/s/ William Foley

_____
Paralegal Specialist
United States Attorney's Office
District of Nevada

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

1

2

3

4

5

6

7

8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DUSTIN GRANT JONES,<br><br>                    Defendant. | 2:16-mj-00675-CWH<br><br>ORDER OF DISMISSAL OF THE COMPLAINT AS TO DEFENDANT DUSTIN GRANT JONES |

9            Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of

10 Court, the United States Attorney for the District of Nevada hereby dismisses the charges brought

11 against defendant DUSTIN GRANT JONES contained in the Complaint in case number 2:16-mj-

00675-CWH.

12                                        Respectfully submitted,

13                                        DANIEL G. BOGDEN
                                         United States Attorney

14                                        /s/ Jared Grimmer
                                         JARED GRIMMER
15                                        Assistant United States Attorney

16

17 Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against

18 Defendant DUSTIN GRANT JONES contained in the complaint in case number **2:16-mj-00675-**

**CWH** with prejudice.

19
                    20
20 DATED this _____ day of October, 2016.

21                                        _____
                                         UNITED STATES MAGISTRATE JUDGE

22

23

24